THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| PATRICIA ANN MARIE B., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, <br><br> Defendant. | **ORDER ADOPTING [23] REPORT AND RECOMMENDATION** <br><br> Case No. 2:21-cv-00304-DBB-DBP <br><br> District Judge David Barlow <br><br> Chief Magistrate Judge Dustin B. Pead |

United States Chief Magistrate Judge Dustin B. Pead issued a Report and Recommendation[1] on August 25, 2022 recommending the court affirm the Acting Commissioner of the Social Security Administration's decision to deny Plaintiff Patricia Ann Marie B.'s application for disability insurance benefits.[2] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.[3] Neither party filed an objection. Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the Magistrate Judge's analysis and conclusions are sound, the court adopts the Report and Recommendation.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED. The Acting Commissioner's decision is AFFIRMED.

---

[1] ECF No. 23, filed August 25, 2022.
[2] *Id.* at 1.
[3] *Id.* at 9.

Judgment shall issue forthwith.

      Signed September 16, 2022.

                                        BY THE COURT

                                        _____

                                        David Barlow
                                        United States District Judge